# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TERESA J. HARRIS, | ) |
|       Plaintiff, | ) |
| vs. | ) Civil No.   15-cv-829-CJP |
| CAROLYN W. COLVIN, | ) |
|       Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States Magistrate Judge Clifford J. Proud (Doc. 32), the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence **four** of **42 U.S.C. §405(g).**

Judgment is entered in favor of plaintiff Teresa J. Harris and against defendant Carolyn W. Colvin, Acting Commissioner of Social Security.

DATED:   8/25/2016

                                                     **JUSTINE FLANAGAN,**
                                                   **Acting Clerk of Court**

                                                   **BY: s/ Reid Hermann**
                                                                 **Deputy Clerk**

**Approved:**
**s/ Clifford J. Proud**
**Clifford J. Proud**
**U.S. Magistrate Judge**